UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re MCCOLLUM,<br><br>            Plaintiff. | Case No. 20-cv-09478-HSG<br><br>**ORDER OF DISMISSAL** |

On December 31, 2020, the Court received a letter from Plaintiff expressing concern about prison conditions, stating that he feared for his safety and was concerned about potential exposure to COVID, and seeking a copy of a court order. Dkt. No. 1. The Court therefore opened a civil rights action under the above-captioned case number and the Clerk of the Court informed Plaintiff that this action was deficient because he had neither (1) filed a complaint on the proper form or (2) paid the $350 filing fee or filed an application to proceed *in forma pauperis*. Dkt. Nos. 2, 4. The Clerk of the Court informed Plaintiff that he had twenty-eight days to correct these deficiencies or the action would be dismissed. *Id.*

On January 25, 2021, the Court received a letter from Plaintiff, stating that he did not intend to open a civil rights action and merely wanted a copy of a court order. Because it appears that Plaintiff did not seek to bring a new action regarding the issues raised in his December 31, 2020 letter to the Court, the Clerk of the Court is directed to administratively close this action as opened in error. Because the action was opened in error, no filing fee is due.

**IT IS SO ORDERED.**

Dated: 2/16/2021

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge